# Notice Recipients

District/Off: 0425−2  User: skh  Date Created: 12/23/2015
Case: 2:14−ap−02084  Form ID: pdf001  Total: 10

**Recipients of Notice of Electronic Filing:**
aty    Carl W. Roop    bankruptcy@roopsmithlaw.com.

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Michael Fanary, Executor    Estate of Martha Fanary    P.O. Box 636    Sophia, WV 25921
pla    John Fanary    P.O. Box 972    Sophia, WV 25921
pla    Andrew J. Fanary    131 Windy Ridge    Crab Orchard, WV 25827
dft    Gary Lewis Rowe    111 Sanger Street    Oak Hill, WV 25901
intp   Robert L Johns    Turner & Johns, PLLC    216 Brooks Street, Suite 200    Charleston, WV 25301
smg    United States Attorney    Southern District WV    P.O. Box 1713    Charleston, WV 25326−1713
smg    WV Department of Tax & Revenue    Bankruptcy Unit    P.O. Box 766    Charleston, WV 25323−0766
ust    U.S. Trustee    2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301
ust    United States Trustee    2025 Robert C. Byrd U.S. Courthouse    300 Virginia Street, East    Charleston, WV 25301

TOTAL: 9